FILED

SEP 0 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br> Tito SALAZAR-Cruz,  <br>  Defendant. | Mag. Case No. '08 MJ 8805  <br> COMPLAINT FOR VIOLATION OF  <br> Title 8, U.S.C., Section 1326  <br> Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about May 1, 2008, within the Southern District of California, defendant Tito SALAZAR-Cruz, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
OSCAR U. SANCHEZ
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF SEPTEMBER 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA
v.
Tito SALAZAR-Cruz

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent Robert Platt that the Defendant was found and arrested on May 1, 2008, east of Calexico, California.

BPA Platt was conducting his official duties east of the Calexico, California, Port of Entry. The Remote Video Surveillance System (RVSS) operator informed agents in the area via service radio they had observed one individual illegally entering the United States by climbing over the International Boundary Fence.

Agent Platt responded to the immediate area. Under the guidance of the RVSS operator, Agent Platt was able to locate the suspected illegal alien running across an agricultural field. The suspected illegal alien was later identified as Tito SALAZAR-Cruz (SALAZAR). Agent Platt approached SALAZAR and ordered him to stop. Agent Platt identified himself as a United States Border Patrol Agent to SALAZAR and questioned him as to his immigration status. SALAZAR stated he was a citizen and national of Mexico illegally present in the United States. SALAZAR was placed under arrested.

Record checks revealed that an Immigration Judge ordered SALAZAR deported to Mexico from the United States on May 11, 1994. Record checks also revealed SALAZAR has a criminal record.

There is no evidence SALAZAR has sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being deported.